**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

    Plaintiff,

v.                                      CASE NO. 6:12-CV-273-ORL-36DAB

AT&T MOBILITY, LLC

    Defendant.
_____/

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Having considered the parties' Joint Motion to Amend Certain Deadlines Related to Claim Construction Issues and Incorporated Memorandum of Law (Doc. 31), and for good cause shown, the Court will grant the parties' Motion. The following deadlines shall apply to this action:

| | |
|---|---|
| **Parties to Submit to Each Other a List of Proposed Terms for Construction** | **October 8, 2012** |
| **Parties to Submit to Each Other Proposed Constructions** | **October 22, 2012** |
| **Parties to submit to each other a list of agreed constructions, chart of intrinsic evidence, and identification of any evidence including expert or other witnesses** | **November 9, 2012** |
| **Parties to Submit Opening Claim Construction Briefs** | **December 10, 2012** |
| **Parties to Submit Responses to Claim Construction Brief** | **January 18, 2013** |

All other provisions of the Case Management and Scheduling Order continue to apply.


**DONE AND ORDERED** at Orlando, Florida, on September 12, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY