IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:12-cv-273-ORL-36DAB

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

      Plaintiff,

v

AT&T MOBILITY LLC,

      Defendant.

_____

## JOINT NOTICE OF IMPENDING SETTLEMENT

Plaintiff, BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC ("BRANDYWINE"), and Defendant, AT&T MOBILITY LLC ("AT&T"), pursuant to Local Rule 3.08(a), hereby notify the Court that an agreement in principal has been reached that is expected to result in the settlement and dismissal of this case relating to U.S. Patent Nos. 5,719,922 and 6,236,717.  The parties file this notice to apprise the Court of the impending settlement for purposes of judicial economy.  At such time as a written settlement agreement is finalized and executed, the parties will file a formal notice of settlement pursuant to Local Rule 3.08(a).

The parties are aware that BRANDYWINE has filed notices of settlement in other cases pending in this Court related to the same patents in issue and that the Court, pursuant to Local Rule 3.08(b), has issued Orders dismissing those actions without prejudice subject to the right of any party to move the Court within 60 days thereafter for

the purpose of entering a stipulated form of final order or judgment or, on good cause shown, to reopen the case for further proceedings.  The Court, in these orders in related cases, also denied any pending motions as moot, terminated all deadlines, and administratively closed the files.

BRANDYWINE and AT&T suggest that the Court's approach in the related litigation matters is applicable here and, therefore, request that this Court enter a similar order pursuant to the parameters of Local Rule 3.08(b).

Dated this 9th day of January, 2013.

/s/ Brian H. VanderZander (w/express permission)   /s/ David S. Wood
Brian H. VanderZander                              David S. Wood
(Admitted *Pro Hac* Vice)                          Fla. Bar No. 289515
Farney Daniels LLP                                 Megan Costa DeVault
800 S. Austin Avenue, Suite 200                    Fla. Bar No. 0560731
Georgetown, TX 78626                               Carrie Ann Wozniak
Telephone: (512) 582-2831                          Fla. Bar No. 12666
Facsimile:  (512) 582-2829                         Akerman Senterfitt
Email: bvanderzanden@farneydaniels.com             420 S. Orange Avenue, Suite 1200
                                                   Post Office Box 231
                                                   Orlando, Florida 32802-0231
                                                   Telephone:    (407) 423-4000
                                                   Facsimile:    (407) 843-6610
                                                   Emails: david.wood@akerman.com
                                                   megan.devault@akerman.com
Christopher T. Hill                                carrieann.wozniak@akerman.com
Florida Bar No.: 0868371
Steven R. Main
Florida Bar No.: 0144551
Hill, Rugh, Keller & Main, P.L.                    Daniel S. Young
390 North Orange Avenue                            Kilpatrick Townsend & Stockton LLP
Suite 1610                                         1400 Wewatta Street
Orlando, Florida 32801                             Denver, CO  80202
Telephone: (407) 926-7460                          Telephone:    (303) 405-8527
Facsimile: (407) 926-7461                          Facsimile:    (303) 648-4730
Email: chill@hrkmlaw.com                           Email: dyoung@kilpatricktownsend.com
       steve@hrkmlaw.com
*Attorneys for Plaintiff, Brandywine*
*Communications Technologies, LLC*

Russell A. Korn
William Boice
Kilpatrick Townsend  & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA   30309-4530
Tele:   (404) 745-2552
Fax:    (404) 393-6548
Email:rkorn@kilpatricktownsend.com
        bboice@kilpatricktownsend.com
*Attorneys for Defendant,*
*AT&T MOBILITY LLC*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 9th day of January, 2013, a true and correct copy of the foregoing Joint Notice of Impending Settlement was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ David S. Wood*
David S. Wood