IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, )
)
Plaintiff, )
) Civil Action No. 6-12-CV-00273-CEH-DAB
v. )
)
AT&T MOBILITY LLC, )
Defendant. )
)

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Brandywine Communications Technologies LLC (“Brandywine”) and Defendant AT&T Mobility LLC (“AT&T”) have settled Brandywine’s claims for relief against AT&T and AT&T’s counterclaims for relief against Brandywine asserted in this case.

NOW, THEREFORE, Brandywine and AT&T, through their attorneys of record, request this Court to dismiss Brandywine’s claims for relief against AT&T and AT&T’s counterclaims for relief against Brandywine, with prejudice and with all attorneys’ fees, costs of court and expenses borne by the party incurring same.

Dated: April 5, 2013

Respectfully submitted

*/s/ Brian H. VanderZanden*
Brian H. VanderZanden
(*Pro Hac Vice*)
Trial Counsel
Farney Daniels PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2831
Facsimile: (512) 582-2829
Email:
bvanderzanden@farneydaniels.com

and

Christopher T. Hill
Trial Counsel
Florida Bar No. 0868371
Steven R. Main
Trial Counsel
Florida Bar No. 0144551
Hill, Rugh, Keller & Main, P.L.
390 North Orange Avenue
Suite 1610
Orlando, Florida 32801
Telephone: 407-926-7460
Facsimile: 407-926-7461
Email: chill@hrkmlaw.com
Email: steve@hrkmlaw.com

Attorneys for Plaintiff
Brandywine Communications
Technologies, LLC

*/s/ David S. Wood*
David S. Wood
Fla. Bar No. 289515
Megan Costa DeVault
Fla. Bar No. 0560731
Carrie Ann Wozniak
Fla. Bar No. 12666
Akerman Senterfitt
420 S. Orange Avenue, Suite 1200
Post Office Box 231
Orlando, Florida 32802-0231
Telephone:(407) 423-4000
Facsimile: (407) 843-6610
Email: david.wood@akerman.com
megan.devault@akerman.com
carrieann.wozniak@akerman.com

and

Daniel S. Young
Kilpatrick, Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: 303-571-4000
Facsimile: 303-571-4321
Email: dyoung@kilpatricktownsend.com

William Boice
Russell A. Korn
Kilpatrick, Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tele: (404) 745-2552
Fax: (404) 393-6548
Email: bboice@kilpatricktownsend.com
rkorn@kilpatricktownsend.com

Attorneys for Defendant AT&T Mobility LLC

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 5th day of April, 2013, a true and correct copy of the foregoing Joint Motion to Dismiss was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ David S. Wood*

David S. Wood