UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

      **Plaintiff,**

v.                                         Case No:  6:12-cv-273-Orl-36DAB

**AT&T MOBILITY, LLC.,**

      **Defendant.**
_____/

## O R D E R

Before the Court is the Joint Motion to Dismiss (Doc. 55).  In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Motion to Dismiss is **GRANTED** (Doc. 55).

2)     This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record